**RECEIVED**
June 04, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
　　　　　DEPUTY

**FILED**
June 04, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
　　　　　DEPUTY

4 June 2021

Robert Pitman
U.S. District Judge
U.S. District Court
Western District of Texas
501 West 5th Street, Suite 5300
Austin, TX 78701

　　　　Re:　　**Gregory Royal, plaintiff, *pro se*, submits a "Joint Stipulation of Dismissal with Prejudice" agreed to by all parties of *Royal v. IMS, Inc. et al.*, 1:19-CV-822-RP-ML**

Dear Honorable Judge Pitman:

　　Please find attached and filed a "Joint Stipulation of Dismissal with Prejudice" agreed to by all parties of *Royal v. IMS, Inc. et al.*, 1:19-CV-822-RP-ML, as a result of parties reaching a Mediated Settlement Agreement, entered into and signed on 27 May 2021, in *Royal v. IMS, Inc. et al.*, 1:19-CV-822-RP-ML.

　　If there are any concerns, I can be reached at (737)808-6700.  Thank you.

　　Date: **4th day of June 2021**　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　/s/ *Gregory Allen Royal*　　.
　　　　　　　　　　　　　　　　　　　　Gregory Allen Royal

**Gregory Allen Royal**
8100 N. Mopac Expy., #277
Austin, Texas 78759
(737)808-6700
gregorysgrace@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| GREGORY ROYAL, | § |
|    *Plaintiff,* | § |
| v. | §    CASE NO. 1:19-CV-822-RP-ML |
| INTEGREON MANAGED SOLUTIONS, INC., | § |
|    Defendant, individually and jointly, | § |
| MARNI HELFAND, | § |
|    Co-Defendant, individually and jointly, | § |
| JULIE LAUFENBERG, | § |
|    Co-Defendant, individually and jointly, | § |
| HAILEY CHOI, | § |
|    Co-Defendant, individually and jointly, | § |
| CATHERINE HOUGH, | § |
|    Co-Defendant, individually and jointly, | § |
| JASON GUCKERT, | § |
|    Co-Defendant, individually and jointly, | § |
| ANGELA ABNEY, | § |
|    Co-Defendant, individually and jointly, | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gregory Royal ("Plaintiff") and Defendants Integreon Managed Solutions, Inc. ("IMS"), Marni Helfand ("Helfand"), Hailey Choi ("Choi"), Catherine Hough ("Hough"), Jason Guckert ("Guckert"), Angela Abney ("Abney") and Julie Laufenberg ("Laufenberg")

(collectively referred to as "Defendants") file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. On August 20, 2019, Plaintiff filed the above-styled Action.

2. Plaintiff no longer desires to prosecute his claims against Defendants. All matters previously in controversy have been amicably settled.

3. Defendants, who have filed answers, agree to the dismissal.

4. As of the date of the filing of this Joint Stipulation of Dismissal with Prejudice, Defendants are the only defendants who remain in this Action. All other defendants have been dismissed.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice with each party to bear its own costs of court.

Respectfully submitted,

GREGORY ROYAL

GREGORY ROYAL, PRO SE
8100 N. Mopac Expy., Apt. 277
Austin, TX 78759
(737) 808-6700 (Tel)
Email: gregorysgrace@yahoo.com

**PLAINTIFF**

- and -

Respectfully submitted,

By:    *s/ Andrew M. Scott*
Andrew M. Scott
Attorney in Charge
Texas Bar No.: 24075042
So. Dist. No.: 1128461
1900 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 961-3366
E-mail: ascott@grsm.com

**ATTORNEYS FOR DEFENDANTS**

**OF COUNSEL:**

**GORDON & REES, LLP**
Robert L. Horn
Texas Bar No.: 24046107
So. Dist. No.:
1900 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 961-3366
rhorn@grsm.com

3

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing document was filed electronically on the _____ day of June 2021, and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same, and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D). Service on those parties who are not known to be users of the electronic filing system of the Southern District of Texas was accomplished via certified mail and/or via first class U.S. mail on June ____, 2021.

                                                               */s/ Andrew M. Scott*
                                                               ANDREW M. SCOTT

**Gregory Allen Royal**
8100 N. Mopac Expy., #277
Austin, Texas 78759
(737)808-6700
gregorysgrace@yahoo.com

## CERTIFICATE OF SERVICE

      I hereby certify that the Defendants were served on this day of the 4th day of June 2021 with a copy of the 4 June 2021 letter and the Joint Stipulation of Dismissal with Prejudice sent to and filed before the Honorable Judge Robert Pitman via e-mail.

DATED: **4th day of June 2021**      /s/ *Gregory Allen Royal*      .
                                                  Gregory A. Royal, *pro se*
                                                  Complainant

## Please find the Joint Stipulation of Dismissal with Prejudice and Letter sent to and filed before the Honorable Judge Robert Pitman

From: Royal Allen (gregorysgrace@yahoo.com)

To: ascott@grsm.com; rhorn@grsm.com; gflores@grsm.com

Date: Friday, June 4, 2021, 11:24 AM CDT

4 June 2021

Messrs. Scott and Horn:

Please find the "Joint Stipulation of Dismissal with Prejudice" and 4 June 2021 letter sent to and filed before the Honorable Judge Robert Pitman in *Royal v. IMS, Inc. et al.*, 1:19-CV-822-RP-ML.

/s/ *Gregory Allen Royal*
Gregory Allen Royal
8100 N. Mopac Expy., #277
Austin, Texas 78759
(737)808-6700
gregorysgrace@yahoo.com



Case No 1 19-CV-0822-RP-ML - Royal versus IMS, INC. et al. __ Joint Stipulation Dismissal with Prejudice & Letter.pdf
177kB