RECEIVED
July 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____LRT_____
DEPUTY

Case 1:19-cv-00822-RP   Document 76   Filed 07/15/21   Page 1 of 4

FILED
July 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____LRT_____
DEPUTY

**GREGORY ALLEN ROYAL**
8100 N. Mopac Expy., #277
Austin, Texas 78759-8879
(737)808-6700
gregorysgrace@yahoo.com

15 July 2021

Honorable Robert Pitman
United States District Judge
United States District Court
Western District of Texas
501 West Fifth Street, Suite 1100
Austin, Texas 78701
Houston, TX 77027

Re:   *Gregory Royal v. Integreon Managed Solutions, Inc., et al.*, Case No. 1:19-cv-00822-RP
– **Defendants IMS *et al*. Have Breached the Mediation Settlement Agreement**

Dear Honorable Judge Pitman:

I received your July 8, 2021 Order closing *Gregory Royal v. Integreon Managed Solutions, Inc., et al.*, Case No. 1:19-cv-00822-RP on July 13, 2021. I check my mailbox daily and I do not understand why mail from the Court takes so many days to reach me. Notwithstanding the apparent mail issue, I request your attention to **an emergency matter**.

Case No. 1:19-cv-00822-RP was settled between parties during the mediation and memorialized via a Mediated Settlement Agreement (MSA). Defendants IMS et al., however, have breached the MSA and now refuse to comply with the agreed to terms of the MSA. Moreover, defendants IMS et al. have breached the MSA with prior knowledge that their breach would cause and is causing me severe physical, emotional, and mental injuries as well as severely damaging me financially in my financial transactions that I entered into solely based on the agreed to MSA. The failure of defendants IMS et al. to comply with the MSA is further severely prohibiting and damaging me from obtaining basic life necessities such as food and shelter as well as moving forward with necessities for me to obtain employment, etc.

Defendants IMS et al. have been—at all times material—knowledgeable that their refusal to comply with the MSA would and is a direct and proximate cause of the above injuries. Attorneys for the defendants IMS et al., Andrew Scott and Robert Horn, Gordon Rees Scully Mansukhani, Houston, Texas, are misusing and abusing the far superior position of IMS, et al., and exerting "undue influence" to deliberately and maliciously deny me the intended benefits and consideration to be received for my signing and entering into the MSA. I shall soon file an

1

emergency motion on the defendants' malicious breach—within two days by Monday, July 19, 2021. But I wanted to bring this matter to your immediate attention.

Respectfully,

/s/ *Gregory Allen Royal*
Gregory Allen Royal

cc:
      Andrew M. Scott
      Partner
      Gordon&Rees Scully Mansukhani
      TransWestern Tower
      1900 West Loop South, Suite 1000
      Houston, TX 77027
      ascott@grsm.com

## CERTIFICATE OF SERVICE

I, Gregory Royal, plaintiff, *pro se*, in *Gregory Royal v. Integreon Managed Solutions, Inc., et al.*, Case No. 1:19-cv-00822-RP, hereby certify that I served the following document—*July 15, 2021 Letter to the Honorable U.S. District Court Judge Robert Pitman*—electronically, on **Thursday, 15 July 2021**, via email and the U.S. District Court portal for *pro se* litigants, on the defendants IMS et al., via their identified agent(s) **Andrew M. Scott, Gordon&Rees Scully Mansukhani, via his email ascott@grsm.com..**

Respectfully submitted,

DATED: **15 July 2021**

/s/ *Gregory Allen Royal*
Gregory Allen Royal
Plaintiff, *pro se*
8100 N. Mopac Expy., Apt. 277
Austin, Texas 78759
(737)808-6700

7/15/2021, Yahoo Mail - Gregory Royal v. Integreon Managed Solutions, Inc., et al., Case No. 1:19-cv-00822-RP | July 15, 2021 Letter to the Honora…

Case 1:19-cv-00822-RP Document 76 Filed 07/15/21 Page 4 of 4

# Gregory Royal v. Integreon Managed Solutions, Inc., et al., Case No. 1:19-cv-00822-RP | July 15, 2021 Letter to the Honorable Judge Robert Pitman

From: Royal Allen (gregorysgrace@yahoo.com)

To: gflores@grsm.com; ascott@grsm.com; rhorn@grsm.com

Date: Thursday, July 15, 2021, 05:05 PM CDT

15 July 2021

Messrs. Scott and Horn:

Find attached my July 15, 2021 letter to the Honorable Judge Robert Pitman in *Gregory Royal v. Integreon Managed Solutions, Inc., et al.*, Case No. 1:19-cv-00822-RP:

Gregory Allen Royal
8100 N. Mopac Expy., #277
Austin, Texas 78759
(737)808-6700
gregorysgrace@yahoo.com

 Royal v. IMS et al., Case No. 1 19-cv-00822-RP _ July 15 2021 Letter to the Honorable Judge Robert Pitman.pdf
151.3kB